```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                       SOUTHEASTERN DIVISION


STEVEN MCELWRATH,                    )
                                     )
                Plaintiff,           )
                                     )
          v.                         )    No.  1:12CV114 FRB
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner of Social Security,     )
                                     )
                Defendant.           )
```

## MEMORANDUM AND ORDER

This cause is on appeal from an adverse ruling of the Social Security Administration.  Presently pending before the Court is defendant's Motion to Reverse and Remand (Doc. #14).  All matters are pending before the undersigned United States Magistrate Judge, with consent of the parties, pursuant to 28 U.S.C. § 636(c).

Defendant answered plaintiff's Complaint in this cause on September 17, 2012.  In the instant Motion to Reverse and Remand, defendant requests that the matter be remanded for further consideration of plaintiff's claims. Specifically, defendant avers that, upon remand, the Appeals Council will direct an Administrative Law Judge (ALJ) to reevaluate plaintiff's residual functional capacity and to provide more specific limitations to account for plaintiff's severe mental impairments.  Defendant further avers that the ALJ will also be directed to obtain vocational expert testimony addressing plaintiff's mental and

visual impairments. The defendant therefore requests that the matter be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration of plaintiff's claims. Plaintiff has not responded or otherwise objected to defendant's motion, and the time for doing so has passed.

A review of the defendant's Motion to Reverse and Remand shows it to be well taken.  See, e.g., Buckner v. Apfel, 213 F.3d 1006, 1009-11 (8th Cir. 2000).

Accordingly,

**IT IS HEREBY ORDER** that defendant's Motion to Reverse and Remand (Doc. #14) is granted.

**IT IS FURTHER ORDER** that the decision of the Commissioner is reversed and this cause is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration of plaintiff's claims.

Judgment shall be entered accordingly.

*Frederick R. Buckles*
UNITED STATES MAGISTRATE JUDGE

Dated this  _23rd_  day of October, 2012.